```
1  BENJAMIN B. WAGNER
   United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, CA 93721
   Telephone:(559) 497-4000
5

6  Attorneys for the
   United States of America
7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 1:11-CR-00374-LJO |
|---|---|
| Plaintiff, | ) PRELIMINARY ORDER OF |
| | ) FORFEITURE |
| v. | ) |
| ISIDRO FREDIS HERNANDEZ, | ) |
| Defendant. | ) |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Isidro Fredis Hernandez, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(6) and 28 U.S.C. § 2461, defendant Isidro Fredis Hernandez' interests in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.   HP Pavilion Laptop Computer;

    b.   HP Mini Laptop 210;

    c.   HP Photo Smart Printer;

    d.   HP Photosmart Plus Printer;

|     |     |                                                      |
| --- | --- | ---------------------------------------------------- |
| e.  |     | Cannon Image Class Photo Printer;                    |
| f.  |     | Compaq Presario Desktop Computer;                    |
| g.  |     | Compaq Presario Mid-tower;                           |
| h.  |     | Attache 1GB Thumbdrive;                              |

e.  Cannon Image Class Photo Printer;

f.  Compaq Presario Desktop Computer;

g.  Compaq Presario Mid-tower;

h.  Attache 1GB Thumbdrive;

i.  Ativa Thumbdrive;

j.  SanDisk 4 GB Memory Card;

k.  SanDisk 2GB thumbdrive;

l.  SanDisk 32MB Memory Card;

m.  SanDisk 256 MB Memory Card;

n.  SanDisk 2GB Mini SD Memory Card;

o.  SanDisk 2GB Cruzer Thumbdrive.

p.  SanDisk 128MB SD Memory Card;

q.  SanDisk 2GB Micro SD Memory Card

r.  Samsung Computer Monitor

s.  1 Multiple Drive DVD Duplicator;

t.  Sony VIAO Laptop Computer;

u.  Sony 4GB SD HC Memory Card;

v.  Micro SD 2GB Memory Card;

w.  Black and Silver Thumbdrive;

x.  1 GB Data Traveler Thumbdrive;

y.  GBS Creative Laminator;

z.  Fargo Pro LX ID Card Printer/Laminator;

aa. 2 Bags Containing Card Making Supplies;

bb. 2 Paper Cutters; and

cc. Approximately $8,572.00 in United States Currency.

2. The above-listed property constitutes property used, and intended to be used, in any manner or part, to commit and to

facilitate, and are proceeds derived from the commission of a violation of 18 U.S.C. § 371.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the Department of Homeland Security, Customs and Border Protection/Immigration and Customs Enforcement, in its secure custody and control.

4. a. Pursuant to 18 U.S.C § 982(b)(1), 28 U.S.C. § 2461, incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](www.forfeiture.gov). The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all

third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(6)and 28 U.S.C. § 2461 in which all interests will be addressed.

IT IS SO ORDERED.

**Dated:   May 1, 2012**                              /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE