1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEREMY S. KROGER, Bar # 258956
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

   Attorney for Defendant
   ISIDRO HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:11-CR-00374 LJO-1 |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION TO CONTINUE |
|  | ) SENTENCING HEARING; |
|  | ) ORDER THEREON |
| ISIDRO HERNANDEZ, | ) |
|  | ) Date: June 25, 2012 |
| Defendant. | ) Time: 8:30 a.m. |
|  | ) Dept : The Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-referenced action now scheduled for June 11, 2012, **may be continued to June 25, 2012, at 8:30 a.m.**

The parties request this short continuance because a change was made today to the Presentence Report and it necessitates further defense investigation. The requested continuance will conserve time and resources for all parties and the Court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                            BENJAMIN B. WAGNER
                                            United States Attorney

DATED: June 6, 2012                        By:    /s/ Ian Garriques
                                                                       IAN GARRIQUES
                                                                       Assistant United States Attorney
                                                                       Attorney for Plaintiff


                                            DANIEL J. BRODERICK
                                            Federal Defender

DATED: June 6, 2012                        By:    /s/ Jeremy S. Kroger
                                                                        JEREMY S. KROGER
                                                                       Assistant Federal Defender
                                                                       Attorney for Defendant
                                                                       ISIDRO FREDIS HERNANDEZ

## **O R D E R**

Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B). Good cause exists.

IT IS SO ORDERED.

**Dated:   June 6, 2012**                         **/s/ Lawrence J. O'Neill**
                                                     UNITED STATES DISTRICT JUDGE